IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00660-LTB-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

All Domain Names described in Attachment A,

      Defendants.

---

## ORDER OF DEFAULT AND FINAL ORDER OF FORFEITURE

---

This Matter comes before the Court on the Motion for Default Judgment and for Final Order of Forfeiture filed by plaintiff United States of America.

In order to obtain a judgment by default, a party must follow the two-step process described in Federal Rule of Civil Procedure 55. First, an entry of default must be sought from the Clerk of the Court under Rule 55(a). Second, after default has been entered by the Clerk, the party must seek default judgment according to the strictures of Rule 55(b).

In this case, the Clerk of the Court entered default against defendant on May 23, 2014 (Docket No. 13).  Plaintiff now seeks entry of judgment by default pursuant to Rule 55(b).

Upon the entry of default against defendants, the well-pleaded allegations in the complaint are deemed admitted. See 10A Charles Wright, Arthur Miller & Mary Kane, Fed. Prac. & Proc. § 2688 (3d ed. 2010). "Even after default, however, it remains for the court to consider whether the unchallenged facts constitute a legitimate cause of action, since a party in default does not admit mere conclusions of law." Id.

1.      On March 4, 2014 and March 20, 2014, the United States mailed notice of this forfeiture action to the known potential claimants.  (Docs. 5, 9 and 10).

2.      In addition, notice of this forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 15, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Doc. 11).

3.      After providing proper notice, no claim, answer, or other responsive pleading has been filed as to defendant domain names.

Accordingly, it is

ORDERED that the Motion for Entry of Default Judgment and Request for Final Order of Forfeiture is GRANTED. It is further

ORDERED that default judgment and forfeiture of the Domain Names described in Attachment A to the Complaint, including all right, title, and interest, is entered in favor of plaintiff United States of America. It is further

ORDERED that a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall enter, and the Clerk of Court shall enter Judgment as to defendant Domain Names for the reasons set forth above.

DATED this ___28th___ day of ___May___, 2014.

BY THE COURT:,


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior United States District Judge