IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00660-LTB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

All Domain Names described in Attachment A,

    Defendants.
_____

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Final Order of Forfeiture entered by the Honorable Judge Lewis T. Babcock, the following JUDGMENT is hereby entered:

1. That default and forfeiture of Defendant Domain Names described in Attachment A to the Complaint, including all right, title, and interest is hereby entered in favor of the United States pursuant to 19 U.S.C. § 1595a and 21 U.S.C. § 331(a);

2. That the United States shall have full and legal title as to Defendant Domain Names and may dispose of said property in accordance with law;

3. That the Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant Domain Names under 28 U.S.C. § 2465.

Dated at Denver, Colorado this  30th  day of  May , 2014.

            JEFFREY P. COLWELL
            Clerk of the U.S. District Court

          By: s/Emily Seamon
            Emily Seamon, Deputy Clerk